# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Holmes, III, Paul K. | U.S. District Court, Western District of Arkansas | 4/17/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge-Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

30 South 6th Street
Fort Smith, Arkansas 72901

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | PKH Properties, LLC |
| 2. | Director | BECH Oil & Gas Company |
| 3. | Trustee | Trust #1 |
| 4. | Trustee | Trust #2 |
| 5. | Trustee | Trust #3 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Fort Smith Public School District- Substitute teaching |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 4/17/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ABFS Common | A | Dividend | L | T | | | | | |
| 2. CHS Common | A | Dividend | J | T | | | | | |
| 3. CNP Common | A | Dividend | J | T | | | | | |
| 4. COP Common | C | Dividend | L | T | | | | | |
| 5. ESRX Common | | None | K | T | | | | | |
| 6. FDX Common | A | Dividend | M | T | | | | | |
| 7. DBRN Common | | None | | | Sold | 12/27/13 | J | A | |
| 8. GE Common | B | Dividend | L | T | | | | | |
| 9. HD Common | C | Dividend | M | T | | | | | |
| 10. HIG Common | A | Dividend | K | T | | | | | |
| 11. HPQ Common | B | Dividend | M | T | | | | | |
| 12. HOT Common | A | Dividend | | | Sold | 12/27/13 | J | D | |
| 13. IBKC Common | B | Dividend | L | T | | | | | |
| 14. INTC Common | A | Dividend | K | T | | | | | |
| 15. JBHT Common | A | Dividend | M | T | | | | | |
| 16. JNJ Common | B | Dividend | L | T | | | | | |
| 17. JPM Common | A | Dividend | J | T | Buy | 10/08/13 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 4/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MON Common | A | Dividend | K | T | | | | | |
| 19. MSFT Common | C | Dividend | M | T | | | | | |
| 20. MUR Common | B | Dividend | K | T | | | | | |
| 21. MUSA Common | | None | J | T | Spinoff (from line 20) | 09/30/13 | J | | |
| 22. NUE Common | C | Dividend | L | T | | | | | |
| 23. PFE Common | D | Dividend | M | T | | | | | |
| 24. PSX Common | A | Dividend | K | T | Spinoff (from line 4) | 01/02/13 | K | | |
| 25. RF Common | A | Dividend | J | T | | | | | |
| 26. RIG Common | A | Dividend | J | T | | | | | |
| 27. SLB Common | B | Dividend | M | T | | | | | |
| 28. SO Common | C | Dividend | L | T | | | | | |
| 29. T Common | A | Dividend | J | T | | | | | |
| 30. WMMVY Common | A | Dividend | K | T | | | | | |
| 31. WMT Common | D | Dividend | O | T | | | | | |
| 32. VFH Index Fund | A | Dividend | J | T | Buy | 10/08/13 | J | | |
| 33. Vanguard Total Stock Index Fund | C | Dividend | M | T | | | | | |
| 34. Vanguard Extended Market Index Fund | B | Dividend | M | T | Buy (add'l) | 07/05/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 4/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Growth Index Fund | C | Dividend | M | T | | | | | |
| 36. Vanguard Capital Opportunity Fund | D | Dividend | M | T | Buy (add'l) | 01/16/13 | J | | |
| 37. | | | | | Buy (add'l) | 06/14/13 | J | | |
| 38. Vanguard Developed Markets Index Fund | D | Dividend | M | T | | | | | |
| 39. Vanguard Total Int. Stock Index Fund | C | Dividend | M | T | | | | | |
| 40. Vanguard Inter-Term Inv. Grade Fund | A | Dividend | M | T | | | | | |
| 41. Vanguard Inflation-Protect Sec. | B | Dividend | L | T | | | | | |
| 42. Vanguard Inter-Term Tax Exempt Inv. | B | Interest | M | T | | | | | |
| 43. Vanguard Inter-Bond Index Fund | C | Dividend | L | T | | | | | |
| 44. Fidelity Int. Muni Income Fund | D | Interest | M | T | | | | | |
| 45. MFS Investors Trust-A Fund | B | Dividend | K | T | | | | | |
| 46. T.Rowe Price Growth Stock Fund | A | Dividend | L | T | | | | | |
| 47. T.Rowe Price Personal Strategy Growth Fund | B | Dividend | K | T | | | | | |
| 48. T.Rowe Price New Horizons Fund | B | Dividend | K | T | Buy (add'l) | 07/09/13 | K | | |
| 49. T.Rowe Price International Stock Fund | B | Dividend | L | T | | | | | |
| 50. U.S.Treasury Notes | C | Interest | K | T | | | | | |
| 51. First National Bank of Fort Smith Accounts | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 4/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Schwab Cash Reserves | A | Interest | K | T | | | | | |
| 53. T.Rowe Price Tax-Exempt Money Mkt. Fund | A | Interest | K | T | | | | | |
| 54. Vanguard Tax-Exempt Money Mkt. Fund | A | Interest | N | T | | | | | |
| 55. Vanguard Prime Money Mkt. Fund | A | Interest | J | T | | | | | |
| 56. Fidelity Municipal Money Mkt. Fund | A | Interest | M | T | | | | | |
| 57. PKH Properties, LLC | | None | J | W | | | | | |
| 58. BECH Oil & Gas Company | D | Distribution | K | W | | | | | |
| 59. HSA Bank Money Mkt. Fund | A | Interest | J | T | | | | | |
| 60. TD Ameritrade Money Mkt. Fund (HSA) | A | Interest | J | T | | | | | |
| 61. TD Ameritrade SPY Index Fund (HSA) | A | Dividend | K | T | | | | | |
| 62. T.Rowe Price- Rollover IRA Acct. | E | Dividend | P1 | T | | | | | |
| 63. -POMIX | | | | | | | | | |
| 64. -PRGIX | | | | | | | | | |
| 65. -TRMCX | | | | | | | | | |
| 66. -PRTIX | | | | | | | | | |
| 67. -PRTXX | | | | | | | | | |
| 68. -TRRBX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 4/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -RPSIX | | | | | | | | | |
| 70.  -ESRX Common | | | | | | | | | |
| 71.  -INTC Common | | | | | | | | | |
| 72.  -MRK Common | | | | | | | | | |
| 73.  -NUE Common | | | | | | | | | |
| 74.  -CVX Common | | | | | | | | | |
| 75.  -VIMSX | | | | | | | | | |
| 76.  -FIGRX | | | | | | | | | |
| 77.  T.Rowe Price- Ind. 401K | B | Dividend | K | T | | | | | |
| 78.  -TRRHX | | | | | | | | | |
| 79.  Vanguard Ind. Roth IRA | A | Int./Div. | J | T | | | | | |
| 80.  -NAESX | | | | | | | | | |
| 81.  -NAESX | | | | | | | | | |
| 82.  Lincoln National Whole Life | | None | K | T | | | | | |
| 83.  Union Central Whole Life | A | Dividend | J | T | | | | | |
| 84.  Transamerica Whole Life | A | Dividend | J | T | | | | | |
| 85.  Trust #1 | E | Int./Div. | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 4/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -ABFS Common | | | | | | | | | |
| 87. -BAC Common | | | | | | | | | |
| 88. -CNP Common | | | | | | | | | |
| 89. -DELL Common | | | | | Redeemed | 10/30/13 | J | A | |
| 90. -DOW Common | | | | | | | | | |
| 91. -FCX Common | | | | | | | | | |
| 92. -GEN Common (Y) | | | | | | | | | |
| 93. -JBHT Common | | | | | | | | | |
| 94. -JPM Common | | | | | | | | | |
| 95. -MHP Common | | | | | | | | | |
| 96. -MSFT Common | | | | | | | | | |
| 97. -NUE Common | | | | | | | | | |
| 98. -PNC Common | | | | | | | | | |
| 99. -PSA Common | | | | | | | | | |
| 100. -SLB Common | | | | | | | | | |
| 101. -SO Common | | | | | | | | | |
| 102. -SPY Index | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 4/17/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -MOS Common | | | | | | | | | |
| 104. -RIG Common | | | | | | | | | |
| 105. -WIN Common | | | | | | | | | |
| 106. -PRFDX | | | | | Buy (add'l) | 01/31/13 | K | | |
| 107. | | | | | Buy (add'l) | 07/05/13 | K | | |
| 108. -PEXMX | | | | | Buy (add'l) | 01/31/13 | K | | |
| 109. | | | | | Buy (add'l) | 07/05/13 | L | | |
| 110. -PRCIX | | | | | Buy (add'l) | 01/31/13 | K | | |
| 111. -Little Rock Cap. Imp. Bond | | | | | Matured | 01/02/13 | K | | |
| 112. -AR Dev. Auth. Bond | | | | | Matured | 06/03/13 | J | | |
| 113. -Warren Waste Rev. Bond | | | | | Matured | 04/01/13 | K | | |
| 114. -Univ. AR Rev. Bond | | | | | | | | | |
| 115. -Conway Waste Rev. Bond | | | | | | | | | |
| 116. -Fed. Govt. Money Mkt. Fund | | | | | | | | | |
| 117. Trust #2 | D | Dividend | O | T | | | | | |
| 118. -BAC Common | | | | | | | | | |
| 119. -BP Common | | | | | Sold | 12/27/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 4/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -ABC Common | | | | | Sold | 12/27/13 | J | C | |
| 121. -ESRX Common | | | | | | | | | |
| 122. -HPQ Common | | | | | | | | | |
| 123. -GE Common | | | | | Sold | 12/27/13 | J | A | |
| 124. -GPS Common | | | | | Sold | 12/27/13 | K | D | |
| 125. -INTC Common | | | | | | | | | |
| 126. -MRK Common | | | | | | | | | |
| 127. -JNJ Common | | | | | | | | | |
| 128. -IBKC Common | | | | | | | | | |
| 129. -RF Common | | | | | Sold | 12/27/13 | J | | |
| 130. -RAI Common | | | | | Sold | 12/27/13 | J | C | |
| 131. -T Common | | | | | Sold | 12/27/13 | J | A | |
| 132. -TWC Common | | | | | | | | | |
| 133. -TWX Common | | | | | | | | | |
| 134. -CVX Common | | | | | | | | | |
| 135. -WMT Common | | | | | Sold (part) | 04/12/13 | J | D | |
| 136. -Schwab Cash Reserves | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 4/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -MFS Investors Trust-A Fund | | | | | | | | | |
| 138. -American Century Ultra Fund | | | | | | | | | |
| 139. -US Treasury Bonds | | | | | | | | | |
| 140. Trust #3 | D | Dividend | O | T | | | | | |
| 141. -BAC Common | | | | | | | | | |
| 142. -BP Common | | | | | Sold | 12/27/13 | J | A | |
| 143. -ESRX Common | | | | | | | | | |
| 144. -HPQ Common | | | | | | | | | |
| 145. -GE Common | | | | | Sold | 12/27/13 | J | A | |
| 146. -GPS Common | | | | | Sold | 12/27/13 | J | D | |
| 147. -INTC Common | | | | | | | | | |
| 148. -MRK Common | | | | | | | | | |
| 149. -JNJ Common | | | | | | | | | |
| 150. -IBKC Common | | | | | | | | | |
| 151. -RF Common | | | | | Sold | 12/27/13 | J | | |
| 152. -RAI Common | | | | | Sold | 12/27/13 | J | C | |
| 153. -T Common | | | | | Sold | 12/27/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 4/17/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -TWC Common | | | | | | | | | |
| 155. -TWX Common | | | | | | | | | |
| 156. -CVX Common | | | | | | | | | |
| 157. -WMT Common | | | | | | | | | |
| 158. -Schwab Cash Reserves | | | | | | | | | |
| 159. -MFS Investors Trust-A Fund | | | | | | | | | |
| 160. -T.Rowe Price New Horizons Fund | | | | | | | | | |
| 161. -American Century Select Fund | | | | | | | | | |
| 162. -Vanguard Total St. Mkt. Index Fund | | | | | | | | | |
| 163. -US Treasury Notes | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, III, Paul K. | 4/17/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. POSITIONS- I am Trustee of Trusts #1, #2, and #3, but have no beneficial ownership or contingent interest in the trusts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Paul K. Holmes, III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544